**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Henry Grady WHITEHEAD, Sr., Armel
Dayton O'Neal and Lamarr C. Bailey,
Defendants-Appellants.**

**No. 29498.**

United States Court of Appeals,
Fifth Circuit.
Feb. 4, 1971.

Rehearing Denied March 1, 1971.

Certiorari Denied May 17, 1971.
See 91 S.Ct. 1667.

C. O. McMillan, Stephenville, Tex., for Whitehead and O'Neal.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

Lamarr Carlysle Bailey, pro se.

W. E. Smith, Asst. U. S. Atty., Eldon B. Mahon, U. S. Atty., Frank C. McCown, Asst. U. S. Attys., Fort Worth, Tex., for appellee.

Before JONES, BELL and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]